IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
~~NORTHERN~~ DIVISION
EASTERN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | MISC. NO. 06mc3308 |
| v. ) | |
| ) | |
| SHAGUANA LATRICE GOLLATE, ) | |
| ) | |
| Defendant, ) | |

### AFFIDAVIT

I, R. Randolph Neeley, having been first duly sworn, depose and say as follows:

1. I am an Assistant United States Attorney and represent the United States of America, Plaintiff, herein.

2. Judgment was entered on June 5, 2002 for Plaintiff and against Defendant for the sum of $45,450.54 and costs.

3. Defendant, SHAGUANA LATRICE GOLLATE, resides at 145 Carver Hill Road, Camp Hill, Alabama 36850, within the jurisdiction of this Court.

4. The Judgment has not been satisfied, vacated, reversed, or barred by the Statute of Limitations, and is one on which execution may properly issue.

5. The balance due on the Judgment as of May 11 2006, is $42,630.54.

LEURA G. CANARY
United States Attorney

By: _____
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Attorney for Plaintiff
Post Office Box 197
Montgomery, AL  36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7201
E-mail:  rand.neeley@usdoj.gov


Sworn to and subscribed before me this 11th day of May, 2006.

_____
NOTARY PUBLIC