IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:06mc3308-WKW |
| | ) |
| SHAGUANA LATRICE GOLLATE | ) |
| | ) |
| Defendant. | ) |

**O R D E R**
**NOTICE OF DATE CHANGE**

For good cause, it is

It is ORDERED that the defendant shall appear at 10:00 a.m. on the **21st day of June, 2006** in Courtroom 5A.

DONE this 15th day of May, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE