USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"



RECEIVED
2006 MAY 11 P 1:18

| | |
|---|---|
| PLAINTIFF: UNITED STATES OF AMERICA | COURT CASE NUMBER / MISC. NO. 06mc3308 |
| DEFENDANT: SHAGUANA GOLLATE | TYPE OF PROCESS: Motion for Order, Affidavit & Order |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: SHAGUANA GOLLATE
ADDRESS: 145 Carver Hill Road, Camp Hill, Alabama 36850

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
U. S. Attorney's Office
ATTN: D. Aldridge
P.O. Box 197
Montgomery, AL 36101-0197

Number of process to be served with this Form 285: 3
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

SSN: 5925
DOB: 1972

Signature of Attorney: [signature] ✓ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 334-223-7280
DATE: 5/11/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE**

| Total Process | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk: K. Chavers | Date: 5/15/06 |

I hereby certify and return that [X] have personally served...

Date: 5/19/06  Time: 1:20 pm
Signature of U.S. Marshal or Deputy: C. J. Tatum

| Service Fee | Total Mileage Charges | Forwarding Fee | Total Charges | Advance Deposits | Amount owed |
|---|---|---|---|---|---|
| $90.00 | $45.39 | 0 | $135.39 | 0 | $135.39 |

REMARKS: Subject resides at Church Ct. Projects, # 6A Camp Hill, AL. Endeavor 5/19/06 @ 10:45am - no response at door. (42 miles, 1 hour) Phone (256) 896-2118, Served 5/19/06, (1 hour 60 miles)

RETURNED AND FILED
MAY 22 2006
CLERK U.S. DISTRICT COURT MIDDLE DIST. OF ALA.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00