AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

**BILL OF COSTS**

UNITED STATES OF AMERICA,

v.   Case Number: 3:06MC3308

SHAGUANA LATRICE GOLLATE

Judgment having been entered in the above-entitled action on ___6/18/2002___ against ___Shaguana Latrice Gollate___,
                                                                Date
the Clerk is requested to tax the following as costs:

| Item | Amount |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in this case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) .Motion, Affidavit & Order | 135.39 |
| Doc. No. 4 Acknowledgement of Service) | |
| **TOTAL** | **$ 135.39** |

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Shaguana Latrice Gollate, 145 Carver Hill Rd, Camp Hill, AL 36850 .

Signature of Attorney : __/s/ R. Randolph Neeley_____ .
Name of Attorney: R. Randolph Neeley, Assistant United States Attorney_____ .
For: _____The United States of America_____   _____6/19/2006_____ .
            Name of Claiming Party                           Date

Costs are taxed in the amount of ___$135.39_____ and included in the judgment.
*Debra P. Hackett*
_____ By: __[signature] Austin_____ __6/20/06__
Clerk of Court                    Deputy Clerk                    /Date